*Mr. C. H. Foot,* and *Mr. C. W. Pomeroy,* for Appellant.

*Mr. Thos. D. Long,* for Respondent.

---

No. 2,266.—THE STATE OF MONTANA EX REL. GEO. MRZLAK, RELATOR, *v.* THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT AND HON. GEO. M. BOURQUIN, A JUDGE THEREOF, RESPONDENTS.

Original application for writ of supervisory control.

Decided January 5, 1906.

PER CURIAM.—The relator's application for a writ of supervisory control herein is hereby denied.